# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK YOUNG,** | Case No.: 5:25-cv-01724-KK-SP |
| Claimant, | **ORDER** |
| v. | |
| **WILSHIRE LAW FIRM, P.L.C.** | |
| Respondent. | |

///

///

///

Pursuant to Plaintiff DERRICK YOUNG ("Plaintiff") and Defendant WILSHIRE LAW FIRM, P.L.C. ("Wilshire") stipulation, the Court dismisses Plaintiff's claims against Wilshire with prejudice, and the putative class's claims without prejudice. Each Party shall bear their own attorney's fees and costs.

Dated: December 9, 2025

The Hon. Kenly Kiya Kato
United States District Judge

ORDER